**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | | |
|---|---|---|
| CHAD CLAPP, | | NO: 2:22-cv-00578 |
| | Plaintiff, | |
| v. | | NOTICE OF REMOVAL TO FEDERAL COURT |
| WASHINGTON STATE DEPARTMENT OF TRANSPORTATION, WASHINGTON STATE FERRIES, a Washington agency, and GREG FAUST, individually and his marital community, | | **(CLERK'S ACTION REQUIRED)** |
| | Defendants. | |

TO:    THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendants, WASHINGTON STATE DEPARTMENT OF TRANSPORTATION, WASHINGTON STATE FERRIES, and GREG FAUST, hereby remove to this court the state court action described below.

1.    This case concerns and alleges a violation of civil rights under 42 U.S.C. § 1983, as well as state law claims. Defendants WASHINGTON STATE DEPARTMENT OF TRANSPORTATION, WASHINGTON STATE FERRIES and GREG FAUST are located in the State of Washington. The complaint has been answered by defendants.

2.    On March 31, 2022, an amended complaint was filed in the Superior Court of Washington for King County, Case No. 21-2-01092-6 SEA entitled Second Amended

NOTICE OF REMOVAL TO
FEDERAL COURT

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

Complaint for Damages and Further Relief, *Chad Clapp v. Washington State Department of Transportation, Washington State Ferries, a Washington agency, and Greg Faust, individually and his marital community, Defendants.*

3. This complaint was served upon the State Defendants on March 31, 2022. This notice of removal is being filed within 30 days of the filing of the complaint alleging an action under 42 U.S.C. § 1983 against the named defendants.

RESERVES AND IMMUNITY

8. Defendants reserve all rights and defenses, including Eleventh Amendment immunity, and this notice is made without waiving Washington State's sovereign immunity or any other defenses it may have in response to this lawsuit.

SUPPORTING DOCUMENTS

9. In compliance with 28 U.S.C. § 1446(a) and LCR 101(b), the defendants will file copies of all process, pleadings and orders served upon it in this case within the fourteen (14) day deadline and with the appropriate verification of authenticity.

DATED this 29th day of April, 2022.

ROBERT W. FERGUSON
Attorney General

ROBERT W. FERGUSON
Attorney General


/s/ *Timothy E. Allen*
TIMOTHY E. ALLEN, WSBA No. 29415
Assistant Attorney General
800 5th Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7352
Attorney for Defendants
Timothy.Allen@atg.wa.gov
(206) 464-7744

/s/*Gorry Sra*
GORRY SRA, WSBA NO. 49999
Assistant Attorney General
800 5th Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7352
Attorney for Defendants
Gorry.Sra@atg.wa.gov
(206) 464-7744

NOTICE OF REMOVAL TO
FEDERAL COURT

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

# CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of April 2022, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which may send notification of such filing to the following:

Diego A. Rondon Ichikawa
Victoria L. Vreeland
Vreeland Law, PLLC
Attorneys for Plaintiff
vicky@vreeland-law.com
diego@vreeland-law.com
natalie@vreeland-law.com

Service will also be made via E-service Agreement to:

Diego A. Rondon Ichikawa
Victoria L. Vreeland
Vreeland Law, PLLC
500 108th Ave NE, Suite 740
Bellevue, WA 98004
Attorneys for Plaintiff
vicky@vreeland-law.com
diego@vreeland-law.com
natalie@vreeland-law.com

DATED this 29th day of April, 2022.

/s Timothy E. Allen
TIMOTHY ALLEN, WSBA No. 29415
Assistant Attorneys General
800 5th Avenue, Ste. 2000
Seattle, WA 98104
(206) 464-7352
Attorneys for Defendants
Timothy.Allen@atg.wa.gov
(206) 464-7744

s/ Gorry Sra
GORRY SRA, WSBA No. 49999
Assistant Attorneys General
800 5th Avenue, Ste. 2000
Seattle, WA 98104
(206) 464-7352
Attorneys for Defendants
Gorry.Sra@atg.wa.gov
(206) 464-7744

NOTICE OF REMOVAL TO
FEDERAL COURT

3